# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00108-CV

**City of Austin, Appellant**

**v.**

**Ryan-O Excavating, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. GN300901, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On May 27, 2005, we granted the parties' request for abatement of this appeal pending approval of a settlement by appellant's governing body. The parties have notified us that on July 28, appellant's governing body approved the settlement and the case was resolved. On August 26, the parties filed a joint motion to reinstate the appeal and requested dismissal with costs assessed against appellant. We therefore grant the joint motion, reinstate the appeal, and order the case dismissed with costs assessed against appellant.

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed

Filed:   September 1, 2005